FILED
CLERK, U.S. DISTRICT COURT
7/2/25
CENTRAL DISTRICT OF CALIFORNIA
BY: ___MRV___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 2:25-cr-00545-AB |
|---|---|
| Plaintiff, | **I N F O R M A T I O N** |
| v. | [18 U.S.C. § 371: Conspiracy to Defraud the United States] |
| JEFFREY SPENCER and CHRISTY EVEREKLIAN, | |
| Defendants. | |

The United States Attorney charges:

[18 U.S.C. § 371]

A.  <u>INTRODUCTORY ALLEGATIONS</u>

1.  At times relevant to this Information:

    a.  The Federal Bureau of Investigation ("FBI") is the principal investigative arm of the Department of Justice.  The FBI procures electronic equipment throughout the United States and elsewhere, including Los Angeles.  The FBI solicits competitive bids from electronic equipment suppliers, as required under the Federal Acquisition Regulation.

    b.  Defendant JEFFREY SPENCER resided in Santa Clarita, California, and was the lead electronics technician for the Los

Angeles Field Office of the FBI.  Defendant SPENCER completed several trainings as an FBI procurement officer, including trainings related to conflicts of interest, procurement requirements, and competitive bid requirements.

        c.    Defendant CHRISTY EVEREKLIAN resided in Temecula, California, and was defendant SPENCER's sister.  Defendant EVEREKLIAN was an owner of Maximum Media 37 LLC, a company in Carlsbad, California; Platinum Digital Media Corp., a company in Temecula, California; and San Diego Repair Center, a company with locations in Carlsbad, California, and San Diego, California (collectively, "the EVEREKLIAN companies").  The EVEREKLIAN companies sold electronic equipment.

        d.    Defendant EVEREKLIAN was the signatory for Maximum Media 37 LLC and Platinum Digital Media Corp. in the United States General Services Administration's System for Award Management ("SAM"), which requires vendors to annually register and provide information about their procurement and financial transactions to federal agencies.

B.    <u>CONSPIRACY TO DEFRAUD THE UNITED STATES</u>

    2.    Beginning no later than in or about August 2015, and continuing through at least August 2020, in Los Angeles and Riverside Counties, within the Central District of California, and elsewhere, defendants SPENCER and EVEREKLIAN, utilizing the EVEREKLIAN companies, knowingly and willfully conspired with one another, and with others known and unknown to the United States Attorney, to defraud the United States and agencies thereof, namely, the FBI, by impeding, impairing, obstructing, and defeating the lawful government

functions of the FBI with respect to solicitation of competitive bids for electronic equipment by deceitful and dishonest means.

C. <u>MANNER AND MEANS OF THE CONSPIRACY</u>

3. The object of the conspiracy was carried out, and was to be carried out, in substance, as follows:

    a. Defendant SPENCER would solicit bids for electronic equipment on behalf of the FBI from the EVEREKLIAN companies, despite knowing that his sister, defendant EVEREKLIAN, had a financial interest in those companies.

    b. Defendant SPENCER never obtained a written conflict-of-interest waiver relating to his solicitation of bids from companies owned or partially owned by defendant EVEREKLIAN.

    c. Defendants SPENCER and EVEREKLIAN would create and cause to be created bids for electronic equipment from the EVEREKLIAN companies to submit to the FBI.

    d. Defendants SPENCER and EVEREKLIAN would then submit or caused to be submitted those bids to the FBI in order to obtain electronic equipment contracts offered by the FBI in Los Angeles County in the Central District of California, and elsewhere.

    e. Defendants SPENCER and EVEREKLIAN would submit or caused to be submitted bids as allegedly independent and competitive bids when, in fact, defendants SPENCER and EVEREKLIAN had already designated which company would win the selected electronic equipment contract from the FBI.

D. <u>OVERT ACTS</u>

4. On or about the following dates, in furtherance of the conspiracy and to accomplish its object, defendants SPENCER and EVEREKLIAN, and others known and unknown to the United States

Attorney, committed the following overt acts, among others, in the Central District of California and elsewhere:

<u>Overt Act No. 1:</u>  On August 25, 2020, in response to a request for a bid from defendant SPENCER for electronic equipment, defendant EVEREKLIAN emailed a bid from Maximum Media 37 LLC to the FBI for approximately $39,999.99. In the emailed bid, defendant EVEREKLIAN wrote that the bid was submitted by a relative, M.E., when, in fact, defendant EVEREKLIAN knew that the bid was submitted by defendant EVEREKLIAN.

<u>Overt Act No. 2:</u>  On August 26, 2020, in response to the same request for a bid from defendant SPENCER, defendant EVEREKLIAN emailed a bid from Platinum Digital Media Corp. to the FBI for $42,238.74.

<u>Overt Act No. 3:</u>  On August 26, 2020, in response to the same request for a bid from defendant SPENCER, defendant EVEREKLIAN emailed a bid from San Diego Repair Center to the FBI for $43,702.32.

BILAL A. ESSAYLI
United States Attorney

*Christina Shay* (signature)

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

JASON C. PANG
Assistant United States Attorney
Deputy Chief, General Crimes Section